U.S. DISTRICT COURT - N.D. OF N.Y.
**F I L E D**
JAN 2 9 2020
AT____ O'CLOCK_____
John M. Domurad, Clerk - Plattsburgh

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   8:20-PO-17 (GLF) |
| | ) | |
| v. | ) | **Information** |
| | ) | |
| **DARSHAN PATEL** | ) | Violation:   8 U.S.C. § 1325 |
| | ) | [Improper Entry by Alien] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:   St. Lawrence |

## THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**[Improper Entry by Alien]**

On or about January 24, 2020, in St. Lawrence County in the Northern District of New York, the defendant, **DARSHAN PATEL**, an alien, native and citizen of India, eluded examination and inspection by immigration officers as he entered the United States from Canada, in violation of Title 8, United States Code, Section 1325(a)(2).

Dated: January 29, 2020

GRANT C. JAQUITH
United States Attorney

By:   */s/ Jeffrey C. Stitt*
Jeffrey C. Stitt
Assistant United States Attorney
Bar Roll No. 520195